### SHELTON v. WALLACE.

No. 8744—Opinion Filed Jan. 23, 1917.

(162 Pac. 1092.)

(Syllabus by the Court.)

**Appeal and Error—Perfection of Appeal—Time for Taking.**

Proceeding in error dismissed for the reason that same was not commenced within six months from the rendition of the judgment complained of, as required by chapter 18, Sess. Laws 1910-11.

Error from District Court. Tillman County; Cham Jones, Assigned Judge.

Action between R. L. Shelton and R. E. Wallace. There was a judgment for the latter, and the former brings error. Dismissed.

Wilson & Roe, for plaintiff in error.

Mounts & Davis, for defendant in error.

KANE, J. This cause comes on to be heard upon motion to dismiss, filed by the defendant in error. upon the ground that the appeal therein was not perfected within the six months allowed by law to take said appeal; that the motion for new trial was overruled by the district judge of Tillman county, Oklahoma. on the 6th day of May, 1916, and said proceeding in error was not filed in the Supreme Court of the state of Oklahoma until the 11th day of November, 1916. Chapter 18, Sess. Laws 1910-11, provides in part:

"All proceedings for reversing, vacating or modifying judgments. or final orders shall be commenced within six months from the rendition of the judgment or final order complained of."

As the proceeding in error herein was not filed until the fifth day after the expiration of the time allowed by statute, the same must be dismissed.

All the Justices concur.

---

### FIRST STATE BANK OF WARNER v. PORTER.

No. 8505—Opinion Filed Jan. 30, 1917.

(Syllabus by the Court.)

**Appeal and Error — Time for Appeal—Dismissal.**

Proceeding in error dismissed for the reason that same was not commenced within six months from the rendition of the judgment complained of, as required by chapter 18, Sess. Laws 1910-11.

Error from Superior Court, Muskogee County; H. C. Thurman, Judge.

Action between the First State Bank of Warner and S. T. Porter. From the judgment, the former brings error. Dismissed.

Ambrister & Ambrister, for plaintiff in error.

Neff & Neff, for defendant in error.

KANE, J. This cause comes on to be heard upon a motion to dismiss the proceeding in error, upon the ground. among others, that the same was not commenced within the time provided by law. The record shows that the appeal was taken from a judgment rendered on the 12th day of February, 1916, and an order overruling the motion for new trial therein. which was entered on the first day of April, 1916. No summons in error has been issued or served up to this time. It, therefore, appears that the proceeding in error was not commenced within the time required by chapter 18, Sess. Laws 1910-11, which provides:

"All proceedings for reversing, vacating and modifying judgments or final orders shall be commenced within six months from the rendition of the judgment or final order complained of."

The proceeding in error, therefore, must be dismissed upon the authority of Shelton v. Wallace, 63 Okla. 79, 162 Pac. 1092.

All the Justices concur.